UNITED STATES BANKRUPTCY COURT

DISTRICT OF MINNESOTA

In re:

Mark Charles Kaehler
Carol Jean Kaehler

Bky Case: 09-50080

Debtors.

**RECISION OF
REAFFIRMATION
AGREEMENT**

TO: JAY JOHNSTON, AMERICAN HERITAGE NATIONAL BANK, PO BOX 160, ST. CLOUD, MINNESOTA 56302-0160.

WHEREAS, the undersigned debtors signed a reaffirmation agreement with American Heritage National Bank on April 19, 2009, which was filed with the Bankruptcy Court on April 24, 2009; And

WHEREAS, a reaffirmation agreement can be rescinded by the debtors by giving written notice to the creditor within sixty (60) days of the discharge date, or the date of filing of the reaffirmation agreement, whichever is later;

NOW, THEREFORE, I, Mark Charles Kaehler, and I, Carol Jean Kaehler, hereby rescind the reaffirmation agreement between ourselves and American Heritage National Bank, dated April 19, 2009 by ourselves, which was filed with the Bankruptcy Court on April 24, 2009.

_4/30/09_
Date

_4-30-09_
Date

_Mark Charles Kaehler_
Mark Charles Kaehler

_Carol Kaehler_
Carol Jean Kaehler

_4-30-09_
Date

_WESLEY W. SCOTT_
WESLEY W. SCOTT - #0264787
Attorney for Debtors
13 7th Ave S, St. Cloud, MN 56301
320-252-0330